NUMBER 13-06-577-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


JOE BAILEY JOHNSON, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 424th District Court 


of Burnet County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Rodriguez


Memorandum Opinion Per Curiam



 Appellant, JOE BAILEY JOHNSON, perfected an appeal from a judgment entered
by the 424th District Court of Burnet County, Texas, in cause number 31304. 
Appellant has filed a motion to withdraw notice of appeal and dismiss the appeal. The
motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
withdraw notice of appeal and dismiss the appeal, is of the opinion that appellant's
motion should be granted. Appellant's motion to withdraw notice of appeal and
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 8th day of March, 2007.